USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                         :

IBRAHIM FUDOL, *individually and on behalf of all*   :
*others similarly situated*                         :

                            :               1:26-cv-3196-GHW

                    Plaintiff,   :

                            :                ORDER

        -v -                    :

                            :

HARVEST POWER LLC,          :

                            :

                  Defendant.   :

                            :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

Plaintiffs commenced this action on April 20, 2026, alleging that Defendant engaged in telemarketing solicitation without transmitting caller identification information in violation of the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227.  Compl. ¶¶ 1–6.  Under a section entitled "Jurisdiction and Venue," the complaint alleges only that jurisdiction is proper.  *Id.* ¶¶ 7, 8. Neither in this section, nor elsewhere in the complaint, does Plaintiff allege whether and, if so, why venue is proper in this District.  *Id.*

Because aside from Plaintiff's residency, the only location in New York State identified in the complaint—Islip Terrace, New York—is located in the Eastern District of New York, the Court ordered Plaintiff to show cause as to why this case should not be transferred to Eastern District of New York on April 21, 2026.  Dkt. No. 5.  In that order, the Court noted that there "are no allegations in the complaint describing the occurrence of events or the residence of Defendant in the Southern District of New York."  *Id.* at 1.  The Court also noted that "the Court is inclined to transfer this case to the Eastern District of New York pursuant to 28 U.S.C. § 1406(a)."  *Id.* at 1–2. Finally, the order gave Plaintiff until no later than April 30, 2026 to show cause as to why the case

should not be transferred to the Eastern District of New York (or to consent to transfer).   *Id.*; *see* 28 U.S.C. § 1406(a).

On April 21, 2026, Plaintiff consented to transfer this case to the Eastern District of New York.  Dkt. No. 6.  Accordingly, this case is hereby transferred to the Eastern District of New York.

The Clerk of Court is directed to transfer this case to Eastern District of New York without delay.  Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated:  April 21, 2026
           New York, New York

_____
GREGORY H. WOODS
United States District Judge